# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140643

BLOOMFIELD FINANCIAL GROUP, LLC,
          Plaintiff-Appellee,

v

LeROI R. HASKINS,
          Defendant-Appellee,

and

GABE KAIMOWITZ, a/k/a HILLEL
GABRIEL KAIMOWITZ,
          Appellant.
_____/

SC: 140643
COA: 294666
Wayne CC: 03-312843-AV

        On order of the Court, the application for leave to appeal the November 25, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2010

_____
Clerk

d1013